IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| GUY PAUL JONES, | \* |
| Plaintiff, | \* |
| v. | \* |
| | \*   No. 5:11-cv-00080-JJV |
| MICHAEL ASTRUE, COMMISSIONER | \* |
| SOCIAL SECURITY ADMINISTRATION, | \* |
| Defendant. | \* |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is CONSIDERED, ORDERED, and ADJUDGED that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 8th day of June, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE